UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MISAEL CORDERO,<br><br>   Plaintiff,<br><br>v.<br><br>GREGORY KELLEY, et al.,<br><br>   Defendants. | Civ. No. 17-1596 (PGS) (DEA)<br><br><br><br>**MEMORANDUM & ORDER** |

  Plaintiff is proceeding *pro se* with a civil rights complaint pursuant to 42 U.S.C. § 1983. On April 13, 2022, this Court conducted a teleconference with the parties considering the Third Circuit's remand on Plaintiff's First Amendment claim for damages. During the teleconference, Defendants agreed to provide Plaintiff with certain discovery, if available, by May 13, 2022.

  Accordingly, IT IS on this 19th day of April, 2022,

  ORDERED that Defendants shall provide Plaintiff with certain discovery requested by Plaintiff during the April 13, 2022 teleconference, if available, on or before May 13, 2022, and it is further

  ORDERED that a teleconference between this Court and the parties shall take place on May 17, 2022 at 1:00 p.m.[1]; and it is further

  ORDERED that the Clerk shall serve this memorandum and order on Plaintiff by regular U.S. mail.

                *s/Peter G. Sheridan*
                PETER G. SHERIDAN, U.S.D.J.

---

[1] Due to various scheduling issues, the previously agreed upon 11:00 a.m. time for the teleconference is not available.